UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Delvan Jones<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:19–cv–04700 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Total EP USA, et al.<br>    Defendant. | §<br>§<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 03/13/2020,
has been RESET as follows:

Thursday, April 2,2020, at 09:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002